RECEIVED
IN ALEXANDRIA, LA
DEC 0 7 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ARTHUR JOHNSON, JR. | DOCKET NO. 06-CV-465; SEC. P |
| VERSUS | JUDGE DRELL |
| CAPTAIN MYLES | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's Civil Rights Complaint be and is hereby **DISMISSED,** *sua sponte,* **under 28 U.S.C. §1915(e)(2)(B)(i) as frivolous.**

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 7 day of December, 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE